EDWARD THOMAS KENNEDY,

    Appellant

v.

ROBERT EVANCHICK, in his official and individual capacities; BRADLEY J. GETZ, in his official and individual capacities; TYREE C. BLOCKER, in his official and individual capacities; RICHARD H. D'AMBROSIA, in his official and individual capacities; PENNSYLVANIA STATE POLICE; LESLIE S. RICHARDS, in her official and individual capacities; PENNSYLVANIA DEPARTMENT OF TRANSPORTATION; GREGORY D. JOHNSON; THOMAS G. SAYLOR, in his official and individual capacities; JOSHUA DAVID SHAPIRO, in his official and individual capacities; COMMONWEALTH OF PA