# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD THOMAS KENNEDY** | : | |
| Plaintiff | : | CIVIL ACTION NO. 18-777 |
| v. | : | (MANNION, D.J) (ARBUCKLE, M.J.) |
| **ROBERT EVANCHICK**, *et al.* | : | |
| Defendants | : | |

## ORDER

Based on the court's memorandum issued today, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's objection, (Doc. 15), which the court has deemed an appeal of Judge Arbuckle's order denying plaintiff's motion under 28 U.S.C. §636 (b)(1)(A), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATE: October 10, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-777-01-ORDER.docx